

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00728-CV

**CONCOURSE MOTORS, INC.**,
Appellant

v.

Crystal **ESQUIVEL**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 372104
Honorable Jason Wolff, Judge Presiding

PER CURIAM

Sitting: Sandee Bryan Marion, Justice
    Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice

Delivered and Filed: January 23, 2013

DISMISSED

The appellant has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM